IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>       *Plaintiff,*<br><br>   v.<br><br>ORACLE CORPORATION,<br><br>       *Defendant.* | Case No. 6:21-CV-00116-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Scheduling Order in this case (Dkt. No. 21) and the Court's Updated Order Governing Proceedings—Patent Case ("Updated OGP"),[1] Plaintiff Sonrai Memory Limited ("Sonrai") and Defendant Oracle Corporation ("Oracle") file this Joint Claim Construction Statement.

**I.    AGREED CONSTRUCTIONS**

For U.S. Patent 6,829,691 ("the '691 patent"), the sole patent-in-suit, the parties agree that "memory controller" should be construed as "a circuit that issues the electrical control and physical address signals to a memory that cause the memory to read or write data." The parties also agree that the phrase "claim 21" as it appears in claim 29 should be construed as "claim 28."

---

[1] OGP Version 3.5.1, available at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Standing%20Order%20Governing%20Proceedings%20in%20Patent%20Cases%20111721.pdf.

1

## II. DISPUTED TERMS FOR CONSTRUCTION

Exhibit A sets forth the parties' respective proposed constructions for each of the disputed claim terms and phrases of the '691 patent.

Dated: December 6, 2021  Respectfully submitted,

*/s/ Amy E. Hayden*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
James Milkey (CA SBN 281213)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
David T. Shackelford (CA SBN 318149)
dshackelford@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff Sonrai Memory Limited***

By: */s/ John M. Guaragna*

John M. Guaragna (Bar No. 24043308)
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
john.guaragna@us.dlapiper.com

Kathryn Riley Grasso (admitted pro hac vice)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4181
Facsimile: (202) 799-5215
kathryn.riley@us.dlapiper.com

Dawn M. Jenkins (Bar No. 24074484)
Jackob Ben-Ezra (Bar No. 24073907)
DLA PIPER LLP (US)
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Telephone: (713) 425-8400
Facsimile: (713) 425-8401
dawn.jenkins@us.dlapiper.com
jackob.ben-ezra@us.dlapiper.com

***Attorneys for Defendant Oracle Corp.***

**EXHIBIT A**

| # | '691 Patent Claim Term or Phrase for Construction | Plaintiff Sonrai's Proposed Construction | Defendant Oracle's Proposed Construction | Party or Parties Proposing Term for Construction |
|---|---|---|---|---|
| 1 | "compression/decompression logic"<br><br>(claims 1 and 21 of the '691 patent) | "logic that can compress or decompress data" | "logic that can compress and decompress data" | Oracle |
| 2 | "logic for"<br><br>(claim 1 of the '691 patent) | Plain and ordinary meaning; not means-plus function<br><br>Alternatively, if means-plus-function:<br><br>Function: "directing transfer of data from said first memory array via said first bus to be processed by said compression/decompression logic and then transferred to said second memory array via said second bus"<br><br>Structure: memory controller or other logic (e.g., an operating system) | Means-plus-function under 35 U.S.C. § 112 ¶ 6 (pre-AIA)<br><br>Function: "directing transfer of data from said first memory array via said first bus to be processed by said compression/decompression logic and then transferred to said second memory array via said second bus"<br><br>Structure: indefinite | Oracle |
| 3 | "selection logic for"<br><br>(claim 21 of the '691 patent) | Plain and ordinary meaning; not means-plus function<br><br>Alternatively, if means-plus-function: | Means-plus-function under 35 U.S.C. § 112 ¶ 6 (pre-AIA)<br><br>Function: "selecting and coupling a first of said busses to said | Oracle |

1

| # | '691 Patent Claim Term or Phrase for Construction | Plaintiff Sonrai's Proposed Construction | Defendant Oracle's Proposed Construction | Party or Parties Proposing Term for Construction |
|---|---|---|---|---|
| | | Function: "selecting and coupling a first of said busses to said compression/decompression input" and "selecting and coupling a second of said busses to said compression/decompression output"<br><br>Structure: memory controller or other logic (e.g., an operating system) | compression/decompression input" and "selecting and coupling a second of said busses to said compression/decompression output"<br><br>Structure: indefinite | |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 6, 2021.

*/s/ Amy E. Hayden*
Amy E. Hayden
